3065251– GZ/RZ                                                      Firm ID: 42907

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| STEVEN JAY HOFFMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No.  1:23-cv-3407 |
| v. | ) | |
| | ) | |
| SEA DRAGON TRADING LLC., | ) | Judge Andrea R. Wood |
| a California Limited liability company, GUDI | ) | |
| TRADING, INC., a California corporation, | ) | |
| JHUUIWEALTH LIMITED, a California entity, | ) | |
| and JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AND ADD
KONRAD ZIELINSKI AS A NEW DEFENDANT**

NOW COMES Plaintiff, STEVEN JAY HOFFMAN, by and through his attorneys,

Amundsen Davis, LLC,  pursuant to Fed. R. Civ. P. 15(a), and moves this Court for leave to

amend a complaint by adding a new Defendant, Konrad Zielinski.  In support of his motion,

states as follows:

1. On May 30, 2023, Plaintiff filed a complaint arising from a sophisticated fraudulent scheme

   that defrauded Plaintiff of his cryptocurrency assets valued at approximately $2.4 million

   (Dkt. #1).

2. On August 17 and 28, 2022, Defendants, using fictitious identities, instructed Plaintiff to

   transfer 13,183.56 USDT (equivalent to $13,187.19 USD) through a series of intermediary

   addresses. Eventually, Plaintiff's assets were transferred to the customer deposit addresses

   of regulated centralized cryptocurrency platform, Coinbase.

1

3.  Based on Plaintiff's investigation utilizing blockchain intelligence tools, there is a relevant Coinbase customer deposit address[1] associated with the fraudulent scheme. (Dkt. #1, para. 54).

4.  On August 16, 2023, Plaintiff filed a motion for expedited discovery, seeking expedited discovery on cryptocurrency exchange platforms such as Binance, OKX, Coinbase, and Cloudflare, as well as on several banking institutions, in order to reveal the real identities of the Defendants and permit service on them (Dkt. #11).

5.  The court granted Plaintiff's motion to expedite discovery on September 12, 2023 (Dkt. #13), allowing Plaintiff to access "Know Your Customer('KYC')" information of the account holders related to the Coinbase customer deposit addresses through subpoenas to identify the true identities of Defendants.

6.  Since September 28, 2023, Plaintiff issued a subpoena to Coinbase three times. On March 29, 2024, Coinbase, through its attorney, responded to Plaintiff's third-party subpoena and provided the KYC information, disclosing the account holder as Konrad Zielinski(Exhibit A-Account report).

7.  According to the Coinbase's report, Mr. Zielinski's Coinbase account was created on December  9, 2017 and he is resident of state of Illinois(Ex. A). Plaintiff does not know Mr. Zielinski and had no prior associations whatsoever with him.

8.  Federal Rules of Civil Procedure 15(a) governs the amendment of pleadings. *Alioto v. Town of Lisbon*, 651 F.3d 715, 719 (7th Cir. 2011). Rule 15 provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave," which should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2).

---

[1] Blockchain analytics tracing shows Plaintiff's cryptocurrency assets have been transferred to the following Coinbase wallet address: 0xcb19c7160f832f71b505dc590293302b03322db0.

9. Leave to amend should be "freely given when justice so requires" absent considerations such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of amendment." Fed. R. Civ. P. 15(a)(2); *United States ex rel. Fischer v. Community Health Network*, No. 1:14-cv-01215-RLY-DLP, 2020 U.S. Dist. LEXIS 221082, at *9 (S.D. Ind. Nov. 25, 2020). However, a new defendant cannot normally be added by amendment after the statute of limitations has run. *Wood v. Worachek*, 618 F.2d 1225, 1229 (7th Cir. 1980).

10. Here, Plaintiff filed a six-count Complaint, including one federal law count under Section 15 of the Exchange Act and Rule 10b-5, and five state law counts. All counts are still within the statute of limitation. Additionally, this will be Plaintiff's first amended complaint(Exhibit B-First Amended Complaint). Plaintiff has diligently pursued this case to identify the real identity of Defendants who defaulted Plaintiff. There has been no undue delay, bad faith, or dilatory motive on the part of Plaintiff. Filing this first amended complaint will not result in undue prejudice to the opposing party.

11. Plaintiff has made a good faith effort to locate Konrad Zielinski through the third-party platform Coinbase without undue prejudice. Plaintiff's case arises from a federal question; therefore, Plaintiff should be freely permitted to amend the complaint to add the Illinois resident, Konrad Zielinski, in order to achieve justice. *Ramos v. Urschel Laboratories, Inc.,* No. 21 C 5131, 2023 U.S. Dist. LEXIS 196866, at *1 (N.D. Ill. Nov. 2, 2023) (granted Plaintiff's motion for leave to file a first amended complaint to add a new party).See also, *Goss International Americas, Inc. v. Graphic Management Associates*, No. 05 C 5622,

2006 U.S. Dist. LEXIS 41757, at *1-2 (N.D. Ill. June 6, 2006)(granted Plaintiff's motion to amend complaint to add two corporations as defendants to the present action).

WHEREFORE, Plaintiff, STEVEN JAY HOFFMAN, by and through his undersigned attorneys, requests that this Court enter an Order to grant Plaintiff's motion for leave to amend the complaint and add Konrad Zielinski as a Defendant, and for any additional relief this Court deems necessary.

.

Respectfully submitted,


By: s/ Gary Zhao_____
      Gary Zhao
      Attorney for Plaintiff


**Amundsen Davis, LLC**
Joseph P. Carlasare #6308706
Gary Zhao, #6279527
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
P: 312.894.3200
F: 312.894.3210
jcarlasare@amundsendavislaw.com
gzhao@amundsendavislaw.com

4

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 26, 2024  that a true and correct copy of the foregoing document was sent electronically to all counsel of record via ECF notices.
.

Respectfully submitted,

/s/ Gary Zhao
One of Attorneys for Defendant

AMUNDSEN DAVIS, LLC
Gary Zhao, Esq. (ARDC #6279527)
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3377 – Telephone
gzhao@amundsendavislaw.com