# EXHIBIT "A"

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | USER ATTRIBUTES *** | | | | | | | |
| 2 | USER ID | 5a2ca8128dde8a0126d8d6ac | | | | | | |
| 3 | NAME | Konrad Zielinski | | | | | | |
| 4 | EMAIL | ███████████ | | | | | | |
| 5 | CREATED | December,  9 2017 07:20pm PST | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | IDENTITY *** | | | | | | | |
| 9 | FIRST NAME | Konrad | | | | | | |
| 10 | LAST NAME | Zielinski | | | | | | |
| 11 | SSN | ███████████ | | | | | | |
| 12 | ADDRESS1 | | | | | | | |
| 13 | ADDRESS2 | | | | | | | |
| 14 | CITY | Riverwoods | | | | | | |
| 15 | STATE | IL | | | | | | |
| 16 | ZIP | | 60010 | | | | | |
| 17 | COUNTRY | United States of America | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | PERSONAL DETAILS *** | | | | | | | |
| 21 | Street Address | ███████████ | | | | | | |
| 22 | City, State, ZIP | RIVERWOODS, IL, 60015 | | | | | | |
| 23 | Country | US | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | PHONE NUMBERS *** | | | | | | | |
| 27 | NUMBER | COUNTRY | VERIFIED | | | | | |
| 28 | ███████████ | US | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |