3065251– GZ/RZ                                                     Firm ID: 42907

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| STEVEN JAY HOFFMAN,<br><br>Plaintiff<br><br>v.<br><br>SEA DRAGON TRADING LLC.,<br>a California Limited liability company, GUDI<br>TRADING, INC., a California corporation,<br>JHUUIWEALTH LIMITED, a California entity,<br>KONRAD ZIELILNSKI, and JANE DOE,<br><br>Defendants. | Case No.  1:23-cv-3407<br><br>Honorable Thomas M. Durkin |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS JHUUIWEALTH LIMITED,SEA DRAGON TRADING LLC, AND GUDI TRADING, INC.**

Plaintiff, STEVEN JAY HOFFMAN ("Plaintiff"), pursuant to Federal Rule of Civil

Procedure 55(b), through his undersigned counsel, hereby moves this Honorable Court for a

Default Judgment against Defendants Jhuuiwealth Limited, Sea Dragon Trading LLC, and Gudi

Trading, Inc.

Plaintiff files herewith a Memorandum of Law in support.

Plaintiff's memorandum in support of the motion for default judgment is currently at 16

pages. Plaintiff also seeks leave to file its memorandum in support of the motion in excess of the

15 page limit

Respectfully submitted,


By: s/ Gary Zhao_____
        Attorney for Plaintiffs

1

**Amundsen Davis, LLC**
Joseph P. Carlasare  #6308706
Gary Zhao, #6279527
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
P: 312.894.3200
F: 312.894.3210
jcarlasare@amundsendavislaw.com
gzhao@amundsendavislaw.com

2