**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| STEVEN JAY HOFFMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 23-cv-03407 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| SEA DRAGON TRADING LLC., | ) | |
| a California Limited liability company, GUDI | ) | |
| TRADING, INC., a California corporation, | ) | |
| JHUUIWEALTH LIMITED, a California entity, | ) | |
| KONRAD ZIELILNSKI, and JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGEMENT

Plaintiff Steven Jay Hoffman has filed a motion and supporting materials pursuant to Federal Rule of Civil Procedure 55(b). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiffs' Motion as follows.

This Court finds that Plaintiff has properly served the motion for default judgment and the notice of presentment seven (7) days before the motion for default judgment is to be presented in accordance with Federal Rule of Civil Procedure 55 and local rule.

The Court also finds that Defendants Jhuuiwealth Limited, Sea Dragon Trading LLC, and Gudi Trading, Inc. ("Defendants") were properly served but have not entered appearances, pleaded, or otherwise responded to the Complaint. On December 20, 2023, the Clerk of the Court entered default against Defendants Sea Dragon and Gudi (Dkt. #24). On February 1, 2024, the Clerk of the Court entered default against Defendant Jhuuiwealth (Dkt. #30). Defendants Jhuuiwealth Limited, Sea Dragon Trading LLC, and Gudi Trading, Inc. having failed to plead or otherwise defend this action, and default having therefore been entered; upon application of plaintiff

STEVEN JAY HOFFMAN ("Plaintiff"), and upon Plaintiff and his attorney's declarations that Defendants fraudulently and conspiratorially induced Plaintiff in a cryptocurrency scheme and are indebted to Plaintiff in the principal sum of \$2,402,537.12;[1] that Defendants have been defaulted for failure to appear pursuant to Rule 55(a) and (b) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby:

ORDERED, ADJUDGED, and DECREED that Plaintiff recover from Defendants, jointly and severally, the principal sum of \$2,402,537.12, according to law from the date of this judgment until the entire amount is paid; and it is further

ORDERED, ADJUDGED, and DECREED that this judgment is entered by the Court at the request of Plaintiff and upon affidavits that said amount is due, in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

This is a Final Judgment.

Dated: December 2, 2025

_____
Andrea R. Wood
United States District Judge

---

[1] The amount accounts for the settlement amounts with the other defendant.